IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-197 (MTT) |
| | ) |
| SERGEANT WHITE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Stephen Hyles recommends denying the defendants' motion to dismiss (Doc. 61). Doc. 81. The defendants move to dismiss plaintiff Dellwayne Price's complaint because Price "failed" to respond to the defendants' discovery requests. Doc. 61-3. The Magistrate Judge concluded that while Price's responses to the defendants' discovery requests "may be lackluster," Price had not "failed to respond." Doc. 81 at 9. As a result, the Magistrate Judge gave Price "one last chance to comply with the Court's previous discovery order" and warned that "noncompliance" would result in dismissal of Price's complaint. *Id*. at 10.

Neither Price nor the defendants have filed an objection, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[1] After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 81) is **ADOPTED** and made the

---

[1] However, even if reviewed de novo, the result would be the same.

Order of the Court.  Accordingly, the defendants' motion to dismiss (Doc. 61) is **DENIED**.

    **SO ORDERED**, this 16th day of August, 2023.

                                            <u>S/ Marc T. Treadwell</u>
                                            MARC T. TREADWELL, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT