**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

DELLWAYNE PRICE,                          :
                                          :
              Plaintiff,          :
                                          :
      V.                          :
                                          :        NO. 5:22-cv-00197-MTT-MSH
Sergeant WHITE, *et al.*,                 :
                                          :
            Defendants.          :
_____ :

**NOTIFICATION OF MOTION TO DISMISS**

     Defendants Tyee Brown, Eric Finch, Marcus Rogers, Carrington Williams, Joseph Williams, and Malcolm Williams filed a motion to dismiss (ECF No. 91) on September 22, 2023.  The Court is required to adequately advise Plaintiff of the significance of Defendants' motion.  *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985) (per curiam).   In an effort to afford Plaintiff, who is proceeding *pro se*, adequate notice and time to respond to Defendants' motion, the following notice is given.

     Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs.  Plaintiff may submit his argument to this Court by filing a brief in opposition to Defendants' motion to dismiss.  Unless the Court has granted prior permission, any brief should not exceed 20 pages.  M.D. Ga. Civ. R. 7.4.

     **FAILURE OF PLAINTIFF TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN DEFENDANTS' BRIEF MAY RESULT IN**

**THESE STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.** The Court could grant judgment to these Defendants and there would be no trial or further proceedings for these Defendants. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response brief **WITHIN 21 DAYS** of the date of this Order. Fed. R. Civ. P. 15(a)(1)(B): M.D. Ga. Civ. R. 7.2. Thereafter, the Court will consider Defendants' motion to dismiss and any opposition to the same filed by Plaintiff and issue its ruling.

SO ORDERED, this 22nd day of September, 2023.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE