IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-197 (MTT) |
| SERGEANT WHITE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends granting the defendants' motions to dismiss (Docs. 91; 106) for failure to comply with the Court's prior orders to respond to the defendants' discovery requests.  Doc. 121.  Additionally, the Court recommends dismissing defendant Lee because Price has failed to provide service information as ordered by the Court.  *Id*.  Price does not object to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 121) is **ADOPTED** and made the Order of the Court.  Accordingly, the defendants' motions to dismiss (Docs. 91; 106) are **GRANTED** and defendant Lee is **DISMISSED**.  Additionally, Price's motion for discovery (Doc. 122) is **DENIED** as moot.

**SO ORDERED**, this 30th day of May, 2024.

S/ Marc T. Treadwell

-2-

                                              MARC T. TREADWELL, CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT